**Order filed January 22, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00729-CV

_____

## IN THE MATTER OF J.A.A., JR.

---

**On Appeal from County Court at Law #4**
**Fort Bend County, Texas**
**Trial Court Cause No. 20-CJV-023528**

---

## ORDER

This is an accelerated appeal from an order entered under section 54.02 of the Texas Family Code respecting transfer of the child for prosecution as an adult. Appellant's brief was due January 21, 2021. No brief has been filed.

Appeals in juvenile certification cases and child protection cases are to be brought to final disposition within 180 days of the date the notice of appeal is filed. This accelerated schedule requires greater compliance with briefing deadlines.

Therefore we order appellant's appointed counsel, **Elan Levy**, to file appellant's brief no later than **February 1, 2021**. If the brief is not filed by that date, counsel may be required to show cause why she should not be held in contempt of

court. In addition, the court may require appointment of new counsel due to the failure to timely file appellant's brief.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Spain and Wilson.